UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIM TULLY,

    Plaintiff,

v.     Case No. 3:14-cv-384-J-32JRK

CREDIT CONTROL, LLC,

    Defendant.

## O R D E R

This case is before the Court on the Report and Recommendation of the assigned United States Magistrate Judge issued on January 28, 2015 and recommending that the case be transferred to the Tampa Division of the Middle District of Florida pursuant to Local Rule 1.02(e). (Doc. 11.) No objection to the Report and Recommendation has been filed, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a). Upon de novo review of the file, the undersigned agrees with the Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 11) is **ADOPTED** as the opinion of the Court. The Clerk is directed to transfer this case to the **Tampa Division**.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of February, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record